IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LORENZO WEBB,

      Plaintiff,

v.                                      No. 03-1230-B/P

CORRECTIONS CORPORATION OF
AMERICA, et al.,

      Defendants.

## ORDER OF REFERENCE

The above matter is hereby referred to Magistrate Judge Tu Pham for all discovery and non-dispositive motions presently pending and/or filed during the course of this litigation.

**IT IS SO ORDERED** this 6th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/9/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 1:03-CV-01230 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Robert B. Walker
SIMS WALKER & STEINFELD
1275 K Street, N.W.
Ste. 775
Washington, DC 20005

Terry Williams
LAW OFFICES OF TERRY WILLIAMS
206 S. Third
Delavan, WI 53115

Honorable J. Breen
US DISTRICT COURT