# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

LORENZO WEBB,

      Plaintiff,

v.

CORRECTIONS CORPORATION
OF AMERICA, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 1:03-1230-B

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Agreed Order Of Dismissal With Prejudice entered on July 6, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_____
J. DANIEL BREEN
UNITED STATES DISTRICT COURT

July 7, 2005
Date

THOMAS M. GOULD
_____
Clerk of Court

C. Herd
_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 7/8/05

41

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 1:03-CV-01230 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Robert B. Walker
SIMS WALKER & STEINFELD
1275 K Street, N.W.
Ste. 775
Washington, DC 20005

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT